# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DENISH BHAVSAR and SAMHITA GERA, derivatively on behalf of LUMINAR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIKE MCAULIFFE, ALEC E. GORES, JUN HONG HENG, MARY LOU JEPSEN, SHAUN MAGUIRE, KATHARINE A. MARTIN, AUSTIN RUSSELL, MATTHEW J. SIMONCINI, and DANIEL D. TEMPESTA, <br><br> Defendants, <br><br> and <br><br> LUMINAR TECHNOLOGIES, INC., <br><br> Nominal Defendant. | Case No. 6:23-cv-02037 |

## JOINT STATUS REPORT

Plaintiffs Denish Bhavsar and Samhita Gera ("Plaintiffs"), Nominal Defendant Luminar Technologies, Inc. ("Luminar"), and Defendants Mike McAuliffe, Alec E. Gores, Jun Hong Heng, Mary Lou Jepsen, Shaun Maguire, Katharine A. Martin, Austin Russell, and Daniel D. Tempesta ("Defendants,"

1

together with Plaintiffs and Luminar, the "Parties") file this Joint Status Report, and state as follows:

1. On October 21, 2023, Plaintiffs filed this putative shareholder derivative action lawsuit ("Action") purportedly on behalf of Luminar in this Court asserting claims for breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, corporate waste, and violations of Sections 10(b) and 21D of the Securities Exchange Act of 1934 (the "Exchange Act") against the Defendants.

2. On May 26, 2022, a related putative securities class action lawsuit captioned *Johnson v. Luminar Technologies, Inc. et al.*, Case No. 6:23-cv-00982-PGB-LHP (M.D. Fla.) ("Related Securities Class Action") was filed in this Court against Luminar and one of the Defendants, alleging violations of the federal securities laws under Section 10(b) of the Exchange Act based on substantially the same facts and circumstances at issues in this Action.

3. On October 30, 2023, the lead plaintiff in the Related Securities Class Action filed an amended complaint captioned *Alms v. Luminar Technologies, Inc. et al.* (the "Amended Complaint"), and December 29, 2023, the defendants in the Related Securities Class Action filed a motion to dismiss the Amended Complaint.

4. On February 8, 2024, the Court issued an order staying the Action "pending the Court issuing a ruling on Defendants' Motion to Dismiss the Amended Complaint in [the Related Securities Class Action][.]" ECF No. 16.

5. On May 31, 2024, the Court granted the motion to dismiss the Amended Complaint in the Related Securities Class Action, giving plaintiffs leave to amend, and on July 8, 2024, plaintiffs in the Related Securities Class Action filed a second amended complaint (the "Second Amended Complaint").

6. On July 17, 2024, the Court issued an order staying the Action "pending the Court issuing a ruling on Defendants' Motion to Dismiss the Second Amended Complaint in [the Related Securities Class Action]." ECF No. 21 (the "Stay Order"). The Stay Order requested that the Parties to "file a written status report every ninety (90) days [t]hereafter."

7. The Parties note that briefing on the motion to dismiss the Second Amended Complaint in the Related Securities Action completed on September 24, 2024, and the motion is still pending, and ask the Court to continue the stay in this Action until such time as the motion is resolved. Pursuant to the Stay Order, the Parties will file another status report when the motion to dismiss this resolved.

| | |
|---|---|
| Of Counsel: | /s/ John M. Brennan, Jr. |
| | JOHN M. BRENNAN, JR. |
| James N. Kramer, Esq. | Florida Bar No. 0098456 |
| Alexander K. Talarides, Esq. | GrayRobinson, P.A. |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 301 E. Pine Street, Suite 1400 |
| The Orrick Building | Post Office Box 3068 |
| 405 Howard Street | Orlando, Florida 32802-3068 |
| San Francisco, CA 94105-2625 | Telephone: 407-843-8880 |
| (415) 773-5700 | Fax: 407-244-5690 |
| Email: jkramer@orrick.com | john.brennan@gray-robinson.com |
| Email: atalarides@orrick.com | *Attorneys for Nominal Defendant Luminar Technologies, Inc. and Defendants Mike McAuliffe, Alec E. Gores, Jun Hong Heng, Mary Lou Jepsen, Shaun Maguire, Katharine A. Martin, Austin Russell, Matthew J. Simoncini, and Daniel D. Tempesta* |
| Of Counsel: | /s/ Jose D. Sosa |
| | Jose D. Sosa (#150878) |
| Timothy Brown | LAW OFFICE OF JOSE D. SOSA, P.C. |
| THE BROWN LAW FIRM | 1141 Via Jardin |
| 767 Third Avenue, Suite 2501 | Palm Beach Gardens, FL 33418 |
| New York, NY 10017 | Telephone: (561) 670-8237 |
| Telephone: (516) 922-5427 | Email: pepe@pepesosalaw.com |
| Facsimile: (516) 344-6204 | Email: sosalaw@yahoo.com |
| Email: tbrown@thebrownlawfirm.net | |
| | *Counsel for Plaintiffs* |
| -and- | |
| Peretz Bronstein | |
| Eitan Kimelman | |
| BRONSTEIN, GEWIRTZ & GROSSMAN, LLC | |
| 60 East 42nd Street, Suite 4600 | |
| New York, NY 10165 | |
| Telephone: (212) 697-6484 | |
| Facsimile: (212) 697-7296 | |
| Email: eperetz@bgandg.com | |
| Email: eitank@bgandg.com | |

4

5

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.
